# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2015

151913 & (18)(19)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

FEDERAL HOME LOAN MORTGAGE
CORPORATION,
        Plaintiff-Appellee,

v

ESTATE OF KATHLEEN SEDLAK, JOHN
E. SEDLAK, and KIMBERLY A. CORY,
        Defendants-Appellants.

SC: 151913
COA: 325620
Sanilac CC: 14-000062-LT

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 26, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of eviction is DENIED.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2015



Clerk

t0728